# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

SHARON RENIA GREGORY,

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| NANCY A. BERRY HILL, Acting Commissioner of Social Security, | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   1:16-CV-3107-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 15, is DENIED.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Robert H. Whaley _____ on motions for summary judgment ECF Nos. 14 and 15.

Date:  May 9, 2017 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer
_____